✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Walter Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 1-17-mj-02156-MBB-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. M. Bowler | Anne Paruti | Syrie D. Fried |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/3/2017 | Digital Recorder | H. Putnam |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/3/2017 |  |  | Government calls Special Agent Janet Connolly, Homeland Security |
| 1 |  |  |  |  | Affidavit of Agent Janet Connolly in Support of Appliction for Complaint. |
| 2 |  | 5/3/2017 | X | X | Department of Homeland Security, Report of Investigation |
|  |  | 5/3/2017 |  |  | Defendant calls Patricia Kryzak, defendant's girlfriend |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages