JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

17cr 10129

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     Category No. __II__     Investigating Agency __HSI__

City __Framingham__     **Related Case Information:**

County __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __17-MJ-2156-MBB__
Search Warrant Case Number __17-MJ-2050 & 2151-MBB__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   Walter Johnson      Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   (City & State) Framingham, MA

Birth date (Yr only): __1948__ SSN (last4#): __4204__ Sex __M__ Race: __B__ Nationality: __US__

**Defense Counsel if known:**   Syrie Fried      Address 83 Atlantic Ave

**Bar Number** _____      Boston, MA 02110

## U.S. Attorney Information:

**AUSA** __Anne Paruti__      Bar Number if applicable __670356__

**Interpreter:**   ☐ Yes ☑ No    . List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date** __04/27/2017__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————— ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Magistrate Judge Bowler   on   May 9, 2017

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/18/2017      Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      Walter Johnson _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Distribution of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252(a)(5)(B) | Possession of child pornography | 2 |
| Set 3 | 18 U.S.C. § 2253 | Forfeiture allegation | - |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013