# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 17-CR-10129-LTS |
| | ) | |
| WALTER JOHNSON, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT and REQUEST TO CONVERT TRIAL DATE

Pursuant to this Court's order issued on May 1, 2019 [D.134], the parties hereby report that they have reached an agreement to resolve the case by way of plea rather than trial. The parties request that the trial date be converted to a Rule 11 hearing, so that they may have time to draft and execute a written plea agreement.

.

                                                                                                  Respectfully submitted,

                                                                                                  ANDREW E. LELLING
                                                                                                  United States Attorney

| | | |
|---|---|---|
| /s/ Syrie D. Fried | By: | /s/ Anne Paruti |
| Counsel for Walter Johnson | | Assistant U.S. Attorney |

Dated: May 15, 2019

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                                                                  /s/ Anne Paruti
                                                                                                  Assistant U.S. Attorney

Dated: May 15, 2019