The Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin:

My name is Bob Pizzano and I am writing to you on behalf of Walter Johnson, who is scheduled to appear before you for sentencing on September 10, 2019. My purpose in writing is to tell you that I have known Walter for more than 50 years and ask you consider his good character and past community engagement for leniency at his sentencing.

Following graduation from Natick High School, I attended Villanova University majoring in civil engineering. I was commissioned in the navy's Civil Engineer Corps (Seabees) and served almost 21 years in various assignments around the world. My last duty assignment was as the navy's chief executive of a large engineering headquarters in Manila responsible for all Department of Defense engineering, design and construction with offices in the Philippines, Australia, Singapore, Diego Garcia (Indian Ocean) and Bahrain. From our office in Bahrain, we supported Operation Desert Storm and from our office in Manila, we supported the recovery efforts following the explosion of Mount Pinatubo, the largest natural disaster of the 20th century. Since retiring, I have been in various senior positions including the vice-presidency for several large, international firms. I was the deputy director then director of the joint venture supporting the Pentagon renovation following the 9-11 attack. I am now working as a consultant for the DC Public Library supporting its construction program. I also have a master's degree in civil engineering from the University of Washington and have been a registered professional engineer since 1986 but am now in a retired status.

I grew up in Natick and was a classmate and one of Walter's many friends. Reflecting back, although Walter never showed any outward signs of concern, it must have been a very trying life for him and his family as one of only a handful of African Americans in a class of several hundred. The 60's brought a lot of simmering issues, including race, to the surface. Despite whatever anguish he might have felt, Walter overcame it, made many friends, became a track star, captained the team and, from among many other outstanding athletes who went on to play college sports, was selected as the Most Outstanding Athlete in 1966. I remember his demeanor in accepting the award was like his usual demeanor; quiet, appreciative and humble.

Walter went to Harvard where he starred in football and track and, after graduation, as I recall was the assistant track coach at Harvard. He eventually returned to teaching in Natick and other schools. In 2015, he was inducted into the Natick High School Hall of Fame. I was not able to attend, but others who were there told me he accepted that accolade with the same humility he showed when more than 50 years earlier he received the Most Outstanding Athlete award.

1

I also knew Walter's mother who worked at a card shop in Framingham just down the street from where my dad worked as the manager of a furniture store. Whenever I was home from school, I always made time to visit and catch up with Walter's career. She was a wonderful woman; Walter was a reflection of his mother – kind, gentle, hardworking, humble and caring.

Pat Kryzak, who I also know, is his fiancée and a Natick classmate. She has been with Walter for many years and especially through this difficult time. I am told that they will be married in August. It is another measure of the kindness, friendship and love that Walter engenders in others; he is truly loved in return.

When I first heard about these charges several years ago from a mutual friend, I was completely shocked. To me the charges were completely out of character; something I had never seen or would have foreseen based on my friendship with him. I have never spoken to Walter about these charges, but I want you to know that I still consider Walter a friend and I will stand by Walter whatever the outcome. With Pat by his side, I know he will continue to be the loyal, dedicated, trustworthy friend to me and to many others that he has always been and an important asset to the community.

I ask that you consider my statement for leniency.


Sincerely,

Robert. Carl Pizzano
Commander, Civil Engineer Corps (Seabees)
U.S. Navy, Retired

7319 Baylor Avenue
College Park, MD 20740
301-513-5030 (h)
r.pizzano@verizon.net