Eric Darling
6 West Street
Carlisle, MA  01741


June 26, 2019

Ms. Syrie Fried
Good, Schneider, Cormier and Fried
83 Atlantic Ave
Boston, MA  02110-3711

Dear Ms Fried:

Enclosed please find a letter giving my opinion of the character of Walter Johnson, to be offered to the court on his behalf.  That is, assuming you believe it has the potential to be useful.

Let me know if you have any questions.

Thank you,

Eric Darling
978-6975369

Eric Darling
6 West Street
Carlisle, MA 01741

June 26, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin;

My name is Eric Darling, and I am writing this letter to give you my experience with Walter Johnson. I am a small business owner, whose business is making investments in historic properties on behalf of banks and other investors that wish to invest in historic properties undergoing rehabilitation.

I have known Walter Johnson since we went to high school together, both graduating in 1968. We ran on the track team at Natick High and shared the ups and downs of high school sports. After graduation, I attended MIT and Walter attended Harvard. We both kept up our athletic activities, and I interacted with Walter many times.

The reason I am writing this letter is that I have rarely come into contact with someone as thoughtful and gentle as Walter. A sports star to be sure, but that rare one who is a better person than athlete. I would not hesitate to say that his character was among the finest in my acquaintance.

My interactions with Walter in the intervening years have been few, but I have kept touch through friends, and do not believe for one minute that Walter has ever knowingly hurt anyone. It pains me to know the situation in which Walter finds himself, and I truly hope that it is possible for you to take Walter's demonstrated character into account in your deliberation.

I thank you for the opportunity to give you my experience with Walter.

Sincerely,

*Eric Darling*
Eric Darling