James Lynch
193 Quaker Highway
Uxbridge, Ma. 01569
August 8, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, Ma. 02210

Dear Judge Sorkin;

Thank you for this opportunity to speak on behalf of Walter Johnson. My name is James Lynch. I have lived in Uxbrdige, MA my entire life and spent 42 years working in my family's pharmacies. In this capacity, I managed scores of employees and met thousands of customers. I created many strong acquaintances but as a private person, the people I call friends are few.

Walter Johnson is a person whom I have been proud to call my friend for the past 22 years. During this time, we have shared many home cooked meals and countless rounds of golf. Walter, my brother and myself also vacationed together for 15 consecutive years. I have come to know and appreciate Walter as a kind, intelligent, caring and patient person and I am proud to call him a friend. I value his friendship greatly.

Sincerely,

*[signature: James F. Lynch]*