Kathryn A. Peck
33 Lawrence Street
Framingham, MA 01702
August 22, 2019


Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210


Dear Judge Sorokin:

My name is Kathryn Peck. I was a Nationally Certified Athletic Trainer for over 30 years and worked with Walter Johnson at Harvard University for 10 years. Walter was on the coaching staff of the Men & Women's Track teams and I took care of the medical needs of those athletes. Walter has always been a laid back and friendly, but professional coach. He was always very well liked by the men & women of the Harvard Track teams, as well as by the other coaches & administrators at Harvard University. We both left Harvard University but live near each other and have kept in touch over the last 20 years.

Walter has always been easy to be around. He's intelligent and funny. I've never seen him be confrontational or judgmental. He loves to cook and he loves to exercise and keep healthy. I can't remember a time when he wasn't smiling & enjoying life.

I am aware that Walter has plead guilty to the charge of possessing child pornography. Walter is also very aware of the seriousness of his offense. It pains me to see him lose his smile and love of life.

Sincerely yours,

*Kathryn A Peck,*

Kathryn A. Peck, ATC-retired