20 Burdette Avenue
Framingham, MA 01702
August 22, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin;

My name is Patricia Kryzak, and I have worked as a public school teacher for the last 29 years. I have a masters in Social Work from Columbia University, and before teaching, I worked as a social worker for the Ladies Garment Union. I am writing on behalf of my husband, Walter Johnson, in hope that I can convey to you what I know of his character aside from what caused him to stand before you.

I have known Walter since we were in Natick High School, where he was an outstanding athlete in track and football. In 2015 he was inducted into the Natick High School Athletic Hall of Fame for his many accomplishments. As a student athlete at Harvard, he was chosen by his teammates to be captain of the track team. After graduation, he taught high school English and coached football in Wayland. My cousin was one of his students, and he remembers Walter as a teacher who made a difference in his life. Walter was recruited to be assistant head track coach at Harvard, a position he held for 24 years. He values the role he played in helping his students achieve their goals.

Walter and I dated briefly in college, went separate ways, and then reunited at our 40th class reunion in 2006. We have been living together since 2010, and we married on August 10. I know Walter to be a kind, gentle and unassuming person. He stays in close contact with his brother and two sisters, who live in the area, and he keeps the family tradition of hosting Christmas Eve at our home, which is in the same neighborhood he grew up in. His brother was hospitalized recently, and Walter made frequent visits to lend his support. Since his arrest, he has volunteered at the Natick Senior Center, driving people to appointments. He took this job seriously, and he developed a rapport with several of the seniors who he drove on a regular basis.

The past two years have been very difficult for us, as this is our first involvement with the criminal justice system. I have watched Walter struggle with shame and remorse, and I have reflected deeply trying to reconcile the man I know Walter to be with what he did. Walter sought the help of counseling, and we also went as a couple, to help us deal with the fact that we will be separated for years, and there will be continuing complications due to his post-incarceration legal status. It is a heavy burden, but I am choosing to bear it, because the life we have together is worth it. I hope the information I have shared is of use to you when you make your decisions regarding Walter's fate.

Sincerely,

*Patricia Kryzak*
Patricia Kryzak