July 11, 2019

Dear Ms. Fried,

I am enclosing a character reference letter for Walter Johnson in hopes that it can help in his sentencing on September 10. I received your contact information from fellow high school graduates Bob Pizzano and Rick Kopelman, who received it from Walter a few weeks ago.

I went to High School with Walter. We played sports and hung out together after school and every summer with our tight circle of friends. Walter often visited my family house and I visited his many times while growing up. My parents, brothers and sisters always regarded him as an extended family member and are prideful of his many achievements over the years.

When Walter went to Harvard, I went to West Point, served in the military for 22 years, and am now in the twilight of my 26 years supporting the FAA acquiring equipment and services for the Air Traffic controllers as they manage the Nation's airspace.

In the 50+ years I have known Walter I count him as one of my best friends. Aside that he was an incredible athlete and dedicated teacher and coach, he is a good man. The best compliment I can give anyone

Pls let me know if you need anything further or I can help in any way.

Sincerely,

Phil Beliveau
4226 Elizabeth Lane
Annandale, VA 22003
Phil.Beliveau@cexec.com
703-232-8549 (c)
703-766-8511 (w)

July 12, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

My name is Philip Beliveau and I am writing to you on behalf of Walter Johnson, who is scheduled to appear before you for sentencing on September 10. 2019. I wanted to write and express to you the Walter Johnson that I have known for over 50 years and attest to his good character.

I grew up in Natick, MA and am a graduate of its excellent public school system. I graduated from Natick High School with Walter in 1966. I went to Boston College for a year, and then entered West Point in 1967, graduating in 1971 as a Second Lieutenant. I went on to serve 22 years in the U.S. Army, serving in Infantry and Armored Divisions and working on Defense Satellite and Communications systems. I received a Master's Degree in Electrical Engineering from the Naval Postgraduate School in 1980 and retired from the White House Military Office as a Lieutenant Colonel in 1993. Since then I have worked with the Federal Aviation Administration helping them acquire equipment and services for the Air Traffic Controllers to control aircraft in the National Airspace System.

I have known Walter for over 50 years. We attended Natick's public schools together, attended classes, played many sports, and spent much time "outside school" together. Walter was a regular fixture at our family home where my younger brother and sisters regarded Walter as their friend, a role model and an extended family member. Walter was a standout track star in the high hurdles, high jump and relay and captained the track team. He was voted most outstanding athlete and accepted the many accolades and awards he received in his typical modest, humble and self-effacing way. As I went on to West Point, Walter went on to Harvard where he was a standout football player and track star. He returned to teach at Natick High School to "give back" and had a distinguished career as a dedicated educator and coach at schools in the local area.

Walter was inducted into the Natick High School Hall of Fame in 2015, as much for his selflessness and integrity as his athletic achievements.

I still remember the emotional letter Walter wrote me when our close friend Marine CPL Keith Flumere was killed in Viet Nam in May, 1968. I know Walter to be kind and compassionate, a wonderful mentor and a leader by example, both on and off the playing field.

1

Walter's offense is a side of him I have never seen, was very surprised to learn of, and quite frankly did not believe. It is totally out of character behavior for him. I have not spoken to Walter about the charges, but I know him to be a good man and I trust him with my life and the welfare and well-being of my family members, of all ages. He made a life mistake for which I am certain he is humiliated, remorseful and regrets every day.

The last time I saw Walter was at my Father's 100th birthday celebration in 2016. We were all so glad he came to share in our happiness. He could not stay long as he was coaching a cross-country team competing at a meet later in the afternoon, so typical donating his free time to help an athletic team.

I am proud to have him as my life-long friend. I hope you will consider my account of his many educational and coaching contributions to the community, the many people he has mentored to success over the years and his good character and decency as you make your decision. I hope you will render it on the side of leniency with a sentence that has no time in prison.

Sincerely,

Philip R. Beliveau  7/12/19
Philip R. Beliveau
Lieutenant Colonel (Retired)
U.S. Army

2