6/27/19

Dear Syrie Fried:

Enclosed here, a letter in support of my friend Walter Johnson.

R. E. Schecter

*[signature]*

Robert E. Schecter
26 Burdette Avenue
Framingham, MA 01702

June 26, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin:

I'm a semi-retired writer who has, with my wife, lived next door to Walter Johnson for twenty years.

During that time, we've become very close friends of Walter's, to the extent that my wife and I socialize and dine frequently with him—at his home and mine—and celebrate major holidays with him and his extended family.

We also share a number of interests, including woodworking, cooking, and gardening, and we co-own a lawn mower and snow blower.

We trust Walter. He has a key to our house and we have his house keys. He takes care of our cats and other matters when we're away, and we do the same for him.

Sincerely,

R.E. Schecter, PhD
26 Burdette Ave.
Framingham, MA 01702

Principal
Bartleby Scriveners
P.O. Box 5252
Framingham, MA 01701