*The principal teaching hospital for Tufts University School of Medicine*



800 Washington Street, #21
Boston, Massachusetts 02111
T 617 636-5246
F 617 636-7119
tuftsmedicalcenter.org

**Richard Kopelman, MD, FACP**
*Vice Chairman for Education*
*Director, Medical House Staff*
*Training Program*
**Department of Medicine**
*Louisa C. Endicott*
*Professor of Medicine*
**Tufts University School of Medicine**
rkopelman@tuftsmedicalcenter.org

August 7, 2019

Good Schneider Cormier and Fried
83 Atlantic Ave.
Boston MA 02110--3711
ATTN: Syrie Fried

RE; Walter Johnson

Dear Attorney Fried:

My name is Rick Kopelman and I have been a friend of Walter Johnson, dating back to high school. I volunteered to write enclosed this letter for him and hope it will help the judge get a better feel for Walter in his entirety.

Thanks for all you are doing for him. I know he (and Pat) appreciate it.

If you have any questions or concerns about what I have written, feel free to contact me.

Sincerely,

Richard I. Kopelman, MD

*The principal teaching hospital for Tufts University School of Medicine*



800 Washington Street, #21
Boston, Massachusetts 02111
T 617 636-5246
F 617 636-7119
tuftsmedicalcenter.org

August 7, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

**Richard Kopelman, MD, FACP**
*Vice Chairman for Education*
*Director, Medical House Staff Training Program*
**Department of Medicine**
*Louisa C. Endicott*
*Professor of Medicine*
**Tufts University School of Medicine**
rkopelman@tuftsmedicalcenter.org

Dear Judge Sorokin:

I am writing on behalf of Walter Johnson, who will be sentenced by you in September. For reference, I am a physician and the Endicott Professor Medicine at Tufts University School of Medicine. I am the Vice-Chairman of Medicine at Tufts Medical Center, supervising the residency program in internal medicine for over 35 years. During that time I have overseen the training of over 600 young physicians.

My friendship with Walter Johnson goes back over 50 years. We were classmates and track teammates at Natick High School. We were at Harvard at the same time (Walter ended up a year behind me because of a postgraduate year at Mount Hermon). My roommate was a track teammate of Walter's at Harvard so our paths did cross during that time. Over the past several decades we would see each sporadically although indirectly we knew of each other. For instance, I have played basketball with former associates of his from his Wayland teaching and coaching days. While my son was at Harvard, I heard about Walter who was then the assistant track coach there. More recently friends of mine in Wellesley had heard good things about his work as a track coach in that town. In recent years, my wife (also a physician) and I would get together socially with Walter and his fiancé (a close high school classmate of ours), either alone or in activities related to our mutual pasts in Natick and Harvard.

I would describe Walter as an unassuming, unpretentious nice guy who was dedicated to his friends, his teams and its members. I have never heard anyone speak a negative word about Walter. He has had a productive career as a teacher and coach (this is not surprising to me since one of his earliest mentors was a member of the Coaches Hall of Fame in Massachusetts who saw the potential in Walter and encouraged him to attain high goals). When Walter was inducted into the Natick High School Athletic Hall of Fame a few years, ago, several of our high school classmates traveled a great distance to celebrate this day with him. This is a reflection of the high regard that we all felt for Walter. We have all been proud to consider Walter a friend after all these years.

Needless to say we all were shocked and dismayed with what happened a couple of years ago. I would never condone such activities and obviously Walter must pay for his crime. As a physician, I tend to look at things from an illness perspective. Walter clearly had some type of psychological problem/illness that caused him to stray. Although I am not a psychiatrist I would hope that his recent and future therapy will allow him to function as a productive member of society just as he did so well for many decades. Once again, he has to pay the price but it bothers me that this obviously bad circumstance could end up defining his legacy. Walter has many good qualities and accomplishments and I would hope these would play some role in the determination of his future.

Thank you for listening. I would be glad to answer any questions you may have of me.

Sincerely,

Richard I. Kopelman, MD