August 6, 2019

Honorable Leo T. Sorokin

United States District Court

1 Courthouse Way

Boston, MA 02210

Dear Judge Sorokin:

My name is Dr. Robert McNally, and I am writing this character reference on behalf of Mr. Walter Johnson. I was a licensed mental health provider in Massachusetts for approximately 35 years prior to my retirement in 2013. I was employed by the Mass Department of Corrections as an Assistant Staff Psychologist at the Reception Diagnostic Center and later Director of the Long Term Offenders Project at MCI Norfolk. Additionally, I was a Staff Psychologist at the Developmental Disabilities Clinic which was part of Fitchburg Mental Health, Clinical Director at the Lighthouse School in Chelmsford, had a private practice in Chelmsford and provided clinical services to students and families at the technical high school in Billerica. I believe my clinical background and personal relationship afford me a unique perspective in providing my impressions of Walter's character.

Walter and I attended school together but lost contact for many years as our personal and professional lives took us in different directions. It was in the mid-1990s when our paths crossed again, and we renewed our friendship. Walter has been a trusted and respected friend to my family and many of our friends. When my family became aware of Walter's transgression, we were shocked. In our opinion, the offense for which he is charged in no way reflects the man we have grown to know and respect. Everyone we know has always held Walter in high regard. Over the course of our friendship, Walter has never demonstrated any inappropriate or disrespectful behavior in our presence. In fact, he has always been the epitome of respect and good manners. When we think of this humble man, who was Harvard educated, a collegiate and high school coach, and teacher, we continue to be in a state of disbelief.

I realize federal sentencing guideline are stringent with no parole eligibility, but it is my hope that Walter's good standing in the community, his work history, and prior unblemished personal history may warrant some degree of leniency.

Thank you for taking the time to read my statement and learn a bit more about Walter Johnson. If you have any questions, I can be reached at 508-881-4510 or email, rob.mcnally@comcast.net.

Sincerely,

*Robert McNally, Ph.D.*
Robert McNally, Ph.D.

38 Davis Farm Road

Ashland, MA 01721