Thomas M. McFaden                                                    08/28/2019
30 Burdette Ave.
Framingham, MA 01702

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

My name is Tom McFaden I work for Brown Brothers Harriman a Global Custodian for Financial Services.
I'm also a neibohor of Walter Johnson's, living two houses away for the last 20 years. During this time,
I've come to know Walter as a very good neighbor always willing to lead a hand or tool. He as been this
to our whole small neighborhood. He is one of the few persons all in the neighborhood all know. I do
understand this was a serious crime and certainly something that was a shock when it came to light as it
is not at all the person I've come to know. However, although a serious crime I do think Walter does
deserve some leniency in the sentence based on his past conduct and what he once again can be in
society.

Thank You

Tom McFaden