July 1, 2019

516 Worcester Road
Wellesley, MA 02481

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

    I am a retired real estate developer and track coach. I have known Walter Johnson since 1965. We both attended Natick High School and were members of the track team.

    After high school, we each went on to different colleges. Having many of the same friends, our knowledge of what was going on in each others lives continued. In 2010, we got to see more of each other as we were both coaching track at Wellesley High School.

    I am writing this letter because I have known Walter as a kind, unpretentious and thoughtful person who would not harm anyone and who would go out of his way to help others. I have never heard anybody speak a negative word about him. His longtime girlfriend who is an elementary school teacher remains steadfast by his side. I would be surprised if he ever even had a parking ticket.

    In closing, I am hoping that this letter will shed some light on his character and will be taken into account in your deliberation.

Very truly yours,

Warren D. Fowler