September 1, 2019

Carrie H. Johnson
47 Vose Street
Framingham, MA  01702

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, Mass. 02210

Dear Judge Sorokin:

My name is Carrie Johnson.  I am the youngest sibling of Walter Johnson.  I am currently a college professor, a single mother of three boys, and grandmother to a girl and a boy.

It pains me to have to write a letter like this.  My heart aches for my brother who has always been an anchor for me - supportive and always with a helping hand.  As a child he coached me and attended all my track events, as my parents could not. When I graduated college in California and there was no one to attend my graduation, Walter was there.  When my car failed and I needed a car for work, Walter was there.  I could go on and on because throughout my life Walter has always been there to help me through the many difficult times I faced.

I still feel the shock and disbelief of Walter's situation, as do the many family members and friends who inquire regularly about his well-being.  The outpouring of support from family, friends, and folk who have known Walter most of his life is a testament to his character and who he is - gentle, funny, generous, kind, easy-going, humble, and compassionate.

I pray you will consider all that Walter has accomplished and the many lives he has positively influenced in your deliberation.

Thank you for your time and consideration.

Sincerely,

Carrie H. Johnson