August 23, 2019

Roberta G. Johnson
346 Turnpike Road, Apt. #2203
Westboroug, Mass. 01581

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, Mass. 02210

Dear Judge Sorokin,

My name is Roberta Johnson and Walter Johnson is my older brother. I retired two years ago but prior to retirement worked 30 years in the Automobile Industry, retired from that, and worked the next fourteen years in the Special Education Department of the Framingham Public Schools. Please know that I in no way, shape, form or manner condone the situation at hand, however I know Walter is a good man who admittedly made one horrible decision.

Obviously I have known and interacted with Walter my entire life. To say I'm shocked and saddened by this situation is a huge understatement and to be honest still find myself in disbelief of this situation. Walter is a quiet, humble, compassionate, kind family man . Though he has no children, our family has many nephews and nieces, all of whom love and respect him.

Walter has taught and coached kids his entire adult life, with great success I might add. I have attended several track meets when Walter was coaching and it was clear he was loved and respected by his students also. Walter has lived in the Framingham- Natick, Mass. area his entire life except for his college years at Harvard and has lived in his house for over 20 years and is a well respected member of his community.

Thank you for taking the time to read my letter which I write with a heavy heart that it is even necessary to defend his character and pray that you will take his life long demonstrated character into consideration during your deliberation.

Sincerely,

Roberta G. Johnson